UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, v. GREGORY R. OBENDORF, Defendant. | Case No. 1:15-cr-254-BLW  **MEMORANDUM DECISION AND ORDER** |
|---|---|

**MEMORANDUM DECISION**

At sentencing in this case, the Court stated that "a period of incarceration is necessary" and that the Court was sentencing the defendant to "intermittent confinement." *See Transcript (Dkt. No. 109)* at p. 43. The Court's intent was to sentence the defendant to 15 days of imprisonment to be served intermittently, *i.e.,* on weekends.

However, during the sentencing itself the Court used the term "community confinement" and the Amended Judgment uses the term "community confinement" instead of the term "intermittent confinement" that the Court intended and actually stated during the pronouncement of sentence.

The Court recognizes the jurisdictional time limit of 14 days for correcting a sentence set forth in Rule 35. However, Rule 36 allows for correction of a Judgment at any time. A leading treatise states that "Rule 36 is the appropriate remedy to make the judgment and commitment papers conform to the sentence pronounced orally." *See*

*Wright & Welling, Federal Practice & Procedure* § 641 at p. 765. The Court will therefore proceed under Rule 36, and direct the preparation of an Amended Judgment.

## ORDER

In accordance with the Memorandum Decision above,

NOW THEREFORE IT IS HEREBY ORDERED, that the Amended Judgment (docket no. 117) be AMENDED and a new Amended Judgment be prepared by the Probation Office.

IT IS FURTHER ORDERED, that the first full paragraph under the heading "Additional Probation Terms" be stricken and that the following language be substituted in its place: The defendant shall be confined in the custody of the Bureau of Prisons for an intermittent term of confinement for 5 consecutive weekends to be served at Ada County Jail, Boise, Idaho, beginning on April 12, 2019. Further, the defendant shall report to the designated facility at 6:00 p.m. each Friday evening and will be released at 6:00 p.m. each Sunday evening.

DATED: February 28, 2019

B. Lynn Winmill  
Chief Judge  
United States District Court