Julie Klein Fischer
George W. Breitsameter
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho  83687
Telephone:     (208) 475-2200
Facsimile:     (208) 475-2201
ISB No.:     4601, 2871
jfischer@morrowfischer.com
gbreitsameter@morrowfischer.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY R. OBENDORF,<br><br>Defendant. | **CASE NO. CR-15-0254-S-BLW**<br><br>**MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c)** |

COMES NOW the Defendant Gregory R. Obendorf, by and through his attorneys of record, Julie Klein Fischer and George W. Breitsameter of Morrow & Fischer, PLLC, and hereby moves this Court pursuant to 18 U.S.C. § 3653(c) to modify a condition of the Defendant's probation.  This Motion is supported by *Defendant's Memorandum in Support of Motion to Modify Condition of Probation* filed herewith.

The Defendant was sentenced by this Court on November 16, 2017 to a number of terms and conditions, including a period of community confinement on the Defendant for a period of fifteen (15) days.  *See* Amended Judgment (Dkt. No. 117).  The Amended Judgment was recently modified by Memorandum and Decision Order (Dkt. No. 124) to impose upon the Defendant an

MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3653(c) - 1

intermittent term of confinement for five (5) consecutive weekends to be served at Ada County

Jail, Boise, Idaho, beginning April 12, 2019.  The Defendant is required to report to the designated

facility at 6:00 p.m. each Friday evening and will be released at 6:00 p.m. each Sunday evening.

The Defendant requests that the Defendant's condition of probation requiring that he serve

his period of incarceration at the Ada County Jail be modified to permit the Defendant to serve his

sentence of fifteen (15) days intermittent confinement under home incarceration.  The Defendant's

significant health conditions pose serious risks should he remain in an environment where he

cannot manage or monitor his conditions and medications.

Mr. David Congdon, the Defendant's probation officer, does not object to the requested

modification that the Defendant serve his period of confinement under home incarceration.

WHEREFORE, the Defendant requests that the Defendant's condition of probation be

modified to permit home incarceration pursuant to 18 U.S.C. § 3653(c).


DATED this 4th day of April, 2019.

                                                    ___/s/ Julie Klein Fischer_____
                                                    Julie Klein Fischer
                                                    Attorneys for Greg Obendorf


                                                     _/s/ George W. Breitsameter_____
                                                    George W. Breitsameter
                                                    Attorneys for Greg Obendorf

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christian S. Nafzger                              Christian.Nafzger@usdoj.gov


                                        /s/      Julie Klein Fischer
                                        Julie Klein Fischer, Attorney for Defendant