BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1038

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREGORY R. OBENDORF,<br><br>          Defendant. | Case No. CR-15-0254-S-BLW<br><br>**OBJECTION TO MOTION TO MODIFY CONDITION OF PROBATION** |

The United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and Christian S. Nafzger. the undersigned Assistant United States Attorney, hereby responds and objects to the defendant's motion to modify condition of probation.

OBJECTION TO MOTION TO MODIFY CONDITION OF PROBATION - 1

The defendant has requested this Court to allow the defendant to serve his ordered intermittent term of confinement under home incarceration. The sole justification for the motion is that the "[d]efendant's significant health conditions pose serious risks should he remain in an environment where he cannot manage or monitor his conditions and medications."

The undersigned attorney contacted the Ada County Jail and spoke with Kate Pate, the Ada County Jail Health Services Administrator. Ms. Pate was provided with the defendant's motion and attachments for modification in an effort to determine whether the Ada County Jail could accommodate the defendant's conditions and allow him to take all prescribed medications as directed. Ms. Pate conferred with Dr. Stewart Clive, who is the Medical Director at the Ada County Jail. On April 11, 2019, Ms. Pate contacted the undersigned attorney and advised him that Dr. Clive had reviewed the defendant's motion and attachments and advised her that the Ada County Jail would be able to accommodate the defendant's conditions and would ensure that the defendant be able to take all the listed prescribed medications while serving this sentence. Ms. Pate stated that the defendant should bring with him to jail all of his medications needed for a 48 hour stay, ensure that they are not expired, and advise the medical unit of his needs. Additionally, Ms. Pate stated that he should bring his cpap machine for use while incarcerated.

Because the defendant will be confined in an environment where he can manage his own medical conditions and take all prescribed medications, there is no basis for the defendant's motion to modify the condition that he serve 15 days of intermittent confinement at the Ada County Jail.

THEREFORE, the government respectfully requests that this Court deny defendant's to modify condition of probation.

Respectfully submitted this 11th day of April, 2019.

> BART M. DAVIS
> United States Attorney
> By:
>
> _____
>
> s/ Christian S. Nafzger
> Assistant United States Attorney

OBJECTION TO MOTION TO MODIFY CONDITION OF PROBATION - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2019, the foregoing **OBJECTION TO MOTION TO MODIFY CONDITION OF PROBATION** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ecf and email:

    Julie Klein Fischer
    George W. Breitsameter
    Morrow & Fischer, PLLC
    Attorneys at Law
    332 North Broadmore Way, Suite 102
    Nampa, Idaho 837687
    JFischer@MorrowFischer.com
    GBreitsameter@MorrowFischer.com

                                                                                          s/ Christian S. Nafzger