Julie Klein Fischer
George W. Breitsameter
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho  83687
Telephone:      (208) 475-2200
Facsimile:       (208) 475-2201
ISB No.:         4601, 2871
jfischer@morrowfischer.com
gbreitsameter@morrowfischer.com

Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY R. OBENDORF,<br><br>Defendant. | CASE NO. CR-15-0254-S-BLW<br><br>**AFFIDAVIT OF JULIE KLEIN FISCHER IN SUPPORT OF RENEWED MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c)** |

STATE OF IDAHO     )
                                  :ss
County of Canyon     )

JULIE KLEIN FISCHER, having first been duly sworn upon oath, deposes and says:

1.      I am one of the attorneys for the Defendant in the above-entitled action.

2.      I make this affidavit of my own personal knowledge and belief.

3.      Attached and incorporated hereto as **Exhibit 1** is a true and correct copy of a letter

dated May 1, 2019 from Clifford L. Tenley, M.CD addressed to David C. Congdon, Chief US

AFFIDAVIT OF JULIE KLEIN FISCHER IN SUPPORT OF RENEWED MOTION TO MODIFY CONDITION OF
PROBATION PURSUANT TO 18 U.S.C. § 3563(c) - 1

Probation Officer regarding a health issue Mr. Obendorf experienced in his recent incarceration

and the consequences thereof.

DATED this ___2___ day of May, 2019

_____
Julie Klein Fischer

State of Idaho
County of Canyon

SUBSCRIBED TO AND SWORN before me this __2nd__ of MAY, 2019.

(SEAL)

_____
Notary Public for Idaho

My Commission Expires: ___10/18/2019___

AFFIDAVIT OF JULIE KLEIN FISCHER IN SUPPORT OF RENEWED MOTION TO MODIFY CONDITION OF
PROBATION PURSUANT TO 18 U.S.C. § 3563(c)  - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of May, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christian S. Nafzger
Christian.Nafzger@usdoj.gov


_____/s/_____ Julie Klein Fischer_____

Julie Klein Fischer, Attorney for Defendant

May 1, 2019

David C. Congdon
Chief U.S. Probation Officer
U.S. Probation District of Idaho
550 W. Fort Street
Boise, Idaho 83742

Re:    USA v. Obendorf, Case No. CR 15-0524

Dear Mr. Congdon:

    I have been advised by my patient, Greg Obendorf, that during incarceration he has experienced a severe increase in his blood pressure. He reported to me that his blood pressure was measured at 180/120.

    Based on what was relayed to me, it appears Mr. Obendorf has had a hypertensive crisis while in jail. The consequences of uncontrolled blood pressure in this range can be severe and include stroke, loss of consciousness, memory loss, heart attack, damage to the eyes and kidneys, and pulmonary edema. Because Mr. Obendorf has peripheral and coronary artery disease, the above consequences are acute.

Sincerely,

Clifford L. Tenley, M.CD

EXHIBIT

1