Julie Klein Fischer
George W. Breitsameter
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho 83687
Telephone: (208) 475-2200
Facsimile: (208) 475-2201
ISB No.: 4601, 2871
jfischer@morrowfischer.com
gbreitsameter@morrowfischer.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | CASE NO. CR-15-0254-S-BLW |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c)** |
| vs. | |
| GREGORY R. OBENDORF, | |
| Defendant. | |

COMES NOW the Defendant Gregory R. Obendorf, by and through his attorneys of record, Julie Klein Fischer and George W. Breitsameter of Morrow & Fischer, PLLC, and hereby moves this Court pursuant to 18 U.S.C. § 3654(c) for early termination of Mr. Obendorf's misdemeanor probation.

On August 1, 2016, Mr. Obendorf was placed on probation for a period of three (3) years. [Dkt. 95]. Mr. Obendorf was ordered to pay a fine of $40,000.00. Special conditions of probation included fifteen (15) days of community confinement and 200 hours of community

service.  Pursuant to the Court's February 28, 2019 Memorandum Decision and Order [Dkt 124], the terms of Mr. Obendorf's probation were amended from community confinement to serving five (5) consecutive weekends in the Ada County jail.

Mr. Obendorf has fully satisfied all conditions of his supervision and completed his last weekend of custody.  No violations have occurred.  His last day of probation is July 31, 2019.

Mr. Obendorf's probation officer, Chief U.S. Probation Officer David Congdon, supports early termination.  In addition, Assistant United States Attorney, Christian Nafzger, has no objection to early termination of Mr. Obendorf's probation.  All of the sentencing factors in U.S.C. Section 3553(a) have been satisfied.

For the foregoing reasons, Mr. Obendorf respectfully moves the Court for early termination of his probation.

Respectfully submitted this 14th day of May, 2019.

MORROW & FISCHER, PLLC


/s/ Julie Klein Fischer
Julie Klein Fischer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christian S. Nafzger                                  Christian.Nafzger@usdoj.gov

                                                        /s/   Julie Klein Fischer
                                            Julie Klein Fischer, Attorney for Defendant